IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REGINALD WALKER,

    Petitioner,

v.

C. HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-356-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Reginald Walker for a writ of habeas corpus under 28 U.S.C. § 2254 is denied for failure to show that he is in custody in violation of the laws of the Constitution or the laws of the United States and this case is dismissed.

_____      __12/21/11__
Peter Oppeneer, Clerk of Court           Date